B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Edemco Dryers, Inc.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Reliance Metal Center**<br>3855 Silica Drive<br>Colorado Springs, CO 80910 | | | | $56,966.62 |
| **Fedex Freight**<br>Dept CH PO Box 10306<br>Palatine, IL 60055-0306 | | | | $37,598.78 |
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265 | | | | $36,452.21 |
| **RBC Horizon Inc. - FASCO**<br>3857 Solutions Center<br>Chicago, IL 60677-3007 | | | | $31,145.23 |
| **MetalWest**<br>PO Box 951858<br>Dallas, TX 75395-1858 | | | | $30,730.74 |
| **Chase Card Services**<br>PO Box 94014<br>Palatine, IL 60094 | | | | $26,319.97 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Edemco Dryers, Inc.**
 Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Colorado Industrial Pkg.<br>2860 N El Paso<br>Colorado Springs, CO 80907 | | | | $15,370.00 |
| JH Foundry, Inc,<br>PO Box 415<br>Sedalia, CO 80135-0415 | | | | $10,747.20 |
| Penwater Wire Products<br>PO Box 947<br>Pentwater, MI 49449 | | | | $7,450.02 |
| Ametek<br>Lamb Electric Division<br>PO Box 601461<br>Charlotte, NC 28260-1461 | | | | $7,379.56 |
| Linex Corporation<br>905 South Tejon<br>Colorado Springs, CO 80903 | | | | $6,312.00 |
| Lightning Bolt, Inc.<br>3109 N Cascade Ave<br>Suite 202<br>Colorado Springs, CO 80907 | | | | $5,436.36 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Edemco Dryers, Inc.**                         , Case No. _____
                          Debtor                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sherwin Williams<br>1501 W Evans Ave<br>Denver, CO 80223 | | | | $4,573.00 |
| Chrduntas Engineering<br>10861 Blix Street<br>N Hollywood, CA 91602 | | | | $4,476.60 |
| WW Grainger<br>PO Box 419267<br>Kansas City, MO 64141 | | | | $3,742.05 |
| CMC Products<br>873 East Arrow Hwy<br>Pomona, CA 91767 | | | | $3,427.40 |
| GENVAC<br>1560 Industrial Drive<br>Missouri City, TX 77489 | | | | $3,359.57 |
| McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680-7690 | | | | $3,200.97 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Edemco Dryers, Inc.**                                      , Case No. _____
                          Debtor                                     Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ALTEC<br>23422 Mill Creek Drive, #225<br>Laguna Hills, CA 92653 | | | | $1,751.69 |
| Avon Rubber Company<br>4516 Brazil Street<br>Los Angeles, CA 90039 | | | | $1,467.78 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Francisco Dominguez, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __9/19/2011__          Signature:  s/ Francisco Dominguez

**Francisco Dominguez, President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.